**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JOHN W. HOBOR                                             Case No. 17-70237JAD
REBECCA L. HOBOR

      Debtor(s)
RONDA J. WINNECOUR,                                       Chapter 13
Standing Chapter 13 Trustee,

      Movant
vs.                                                       Document No __
1ST SUMMIT BANK(*)

      Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

1ST SUMMIT BANK(*)                                        Court claim# /Trustee CID# 3
ATTN: COLLECTIONS
POB 5480*
JOHNSTOWN, PA 15904

The Movant further certifies that on 05/08/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                /s/ Ronda J. Winnecour
                                                RONDA J WINNECOUR PA ID #30399
                                                CHAPTER 13 TRUSTEE WD PA
                                                600 GRANT STREET
cc: debtor(s)                                             SUITE 3250 US STEEL TWR
    original creditor                                   PITTSBURGH, PA  15219
    putative creditor                                   (412) 471-5566
    counsel for debtor(s)                               cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>JOHN W. HOBOR, REBECCA L. HOBOR, 499 LINKVILLE ROAD, JOHNSTOWN, PA  15906 | DEBTOR'S COUNSEL:<br>FORREST B FORDHAM III ESQ, HIGHLAND COMMONS 2ND FL, 351 BUDFIELD ST, JOHNSTOWN, PA 15904 |
| ORIGINAL CREDITOR:<br>1ST SUMMIT BANK(*), ATTN: COLLECTIONS, POB 5480*, JOHNSTOWN, PA  15904<br><br>NEW CREDITOR: | ORIGINAL CREDITOR'S COUNSEL:<br>DAVID J NOVAK ESQ, 334 BLOOMFIELD ST, JOHNSTOWN, PA 15904 |