**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**John W. Hobor**
**Rebecca L. Hobor**
    Debtor(s)

Bankruptcy Case No.: 17−70237−JAD

Chapter: 13
Docket No.: 56 − 55

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 1st of December, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/11/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/20/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/11/21.**

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-70237-JAD
John W. Hobor     Chapter 13
Rebecca L. Hobor
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: jfur     Page 1 of 2
Date Rcvd: Dec 01, 2020     Form ID: 408     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John W. Hobor, Rebecca L. Hobor, 499 Linkville Road, Johnstown, PA 15906-3920 |
| aty | + | 1st Summit Bank, 125 Donald Lane, PO Box 5480, Johnstown, PA 15904-5480 |
| 14387589 | ++ | 1ST SUMMIT BANK, PO BOX 5480, JOHNSTOWN PA 15904-5480 address filed with court:, 1ST Summit Bank, 125 Donald Lane, Johnstown, PA 15904 |
| 14387591 | + | Best Egg, Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666-4546 |
| 14387594 | + | Department of the Treasury, Bureau of the Fiscal Service, P.O. Box 830794, Birmingham, AL 35283-0794 |
| 14387595 | + | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14387597 | + | First National Bank of PA, 532-534 Main Street, Johnstown, PA 15901-2093 |
| 14387598 | | JP Morgan Chase, P.O. Box 7399, Columbus, OH 43218 |
| 14387599 | + | Merho Federal Credit Union, 15 Irene Street, Johnstown, PA 15905-4124 |
| 14966670 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14392329 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14387600 | + | U.S. Small Business Administration, 411 Seventh Avenue, Suite 1450, Pittsburgh, PA 15219-1905 |
| 14387601 | + | Wyndham Visa Card Services, P.O. Bxo 13337, Philadelphia, PA 19101-3337 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 02 2020 05:13:23 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 14387590 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 02 2020 05:20:00 | Ally, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14398028 | | Email/Text: ally@ebn.phinsolutions.com | Dec 02 2020 05:20:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14387592 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 05:20:00 | Boscov's, c/o Comenity State Bank, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 14387596 | + | Email/Text: bankruptcynotice@fcbanking.com | Dec 02 2020 05:20:00 | First Commonwealth Bank, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 14387593 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 02 2020 05:12:22 | Chase Credit Card, P.O. Box 15123, Wilmington, DE 19850 |
| 14405066 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 02 2020 05:13:23 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14657048 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2020 05:11:22 | LVNV Funding, LLC its successors and assigns as, assignee of Marlette Funding Grantor, Trust 2017-1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14680709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2020 05:11:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| 14388316 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| --- | --- | --- | --- |
| | | Dec 02 2020 05:13:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14664863 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Dec 02 2020 05:21:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2020   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| David J. Novak | on behalf of Attorney 1st Summit Bank davidnov162@hotmail.com rfn@jjbodies.com |
| Forrest B. Fordham, III | on behalf of Joint Debtor Rebecca L. Hobor FFordhamlaw@msn.com fordham-law@hotmail.com |
| Forrest B. Fordham, III | on behalf of Plaintiff Rebecca L. Hobor FFordhamlaw@msn.com fordham-law@hotmail.com |
| Forrest B. Fordham, III | on behalf of Plaintiff John W. Hobor FFordhamlaw@msn.com fordham-law@hotmail.com |
| Forrest B. Fordham, III | on behalf of Debtor John W. Hobor FFordhamlaw@msn.com fordham-law@hotmail.com |
| Kevin Scott Frankel | on behalf of Creditor JPMorgan Chase Bank National Association pabk@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9