**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOHN W. HOBOR
REBECCA L. HOBOR
   Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
   Movant
  vs.
No Respondents.

Case No.:17-70237 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

 **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 24, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/23/2017 and confirmed on 7/24/17. The case was subsequently       Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 86,028.32 |
| Less Refunds to Debtor | | 2,080.74 | |
| TOTAL AMOUNT OF PLAN FUND | | | 83,947.58 |
| Administrative Fees | | | |
|   Filing Fee | | 0.00 | |
|   Notice Fee | | 0.00 | |
|   Attorney Fee | | 2,000.00 | |
|   Trustee Fee | | 4,045.84 | |
|   Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 6,045.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 51,788.60 | 0.00 | 51,788.60 |
|     Acct: 3307 | | | | |
|   MIDFIRST BANK SSB* | 188.54 | 188.54 | 0.00 | 188.54 |
|     Acct: 3307 | | | | |
|   ALLY BANK(*) | 7,081.45 | 7,081.45 | 0.00 | 7,081.45 |
|     Acct: 7366 | | | | |
|   1ST SUMMIT BANK(*) | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 |
|     Acct: 413L | | | | |
| | | | | 61,058.59 |
| **Priority** | | | | |
|   FORREST B FORDHAM III ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN W. HOBOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN W. HOBOR | 2,080.74 | 2,080.74 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FORREST B FORDHAM III ESQ | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   1ST SUMMIT BANK(*) | 1,797.38 | 1,797.38 | 0.00 | 1,797.38 |
|     Acct: 0053 | | | | |
|   BEST EGG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7745 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 2,835.49 | 2,835.49 | 0.00 | 2,835.49 |
|     Acct: 6451 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA F( | 521.14 | 521.14 | 0.00 | 521.14 |
|     Acct: 2743 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7362 | | | | |
|   US DEPARTMENT OF TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 714B | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 3,070.69 | 3,070.69 | 0.00 | 3,070.69 |

17-70237 JAD                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4352 | | | | |
| FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2010 | | | | |
| FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MERHO FEDERAL CREDIT UNION | 5,505.89 | 5,505.89 | 0.00 | 5,505.89 |
| Acct: 3972 | | | | |
| NCCDC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8835 | | | | |
| WEST END AMBULANCE SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,611.28 | 1,611.28 | 0.00 | 1,611.28 |
| Acct: 2254 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,501.28 | 1,501.28 | 0.00 | 1,501.28 |
| Acct: 7745 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US SMALL BUSINESS ADMINISTRATION ( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 16,843.15 |

TOTAL PAID TO CREDITORS                                                                        77,901.74

TOTAL CLAIMED
PRIORITY             0.00
SECURED          9,269.99
UNSECURED       16,843.15

Date: 11/24/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JOHN W. HOBOR
    REBECCA L. HOBOR
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:17-70237 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70237-JAD |
| John W. Hobor | Chapter 13 |
| Rebecca L. Hobor | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 1 of 2 |
| Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John W. Hobor, Rebecca L. Hobor, 499 Linkville Road, Johnstown, PA 15906-3920 |
| aty | + | 1st Summit Bank, 125 Donald Lane, PO Box 5480, Johnstown, PA 15904-5480 |
| 14387589 | ++ | 1ST SUMMIT BANK, PO BOX 5480, JOHNSTOWN PA 15904-5480 address filed with court:, 1ST Summit Bank, 125 Donald Lane, Johnstown, PA 15904 |
| 14387591 | + | Best Egg, Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666-4546 |
| 14387594 | + | Department of the Treasury, Bureau of the Fiscal Service, P.O. Box 830794, Birmingham, AL 35283-0794 |
| 14387595 | + | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14387597 | + | First National Bank of PA, 532-534 Main Street, Johnstown, PA 15901-2093 |
| 14387598 | | JP Morgan Chase, P.O. Box 7399, Columbus, OH 43218 |
| 14387599 | + | Merho Federal Credit Union, 15 Irene Street, Johnstown, PA 15905-4124 |
| 14966670 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14392329 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14387600 | + | U.S. Small Business Administration, 411 Seventh Avenue, Suite 1450, Pittsburgh, PA 15219-1905 |
| 14387601 | + | Wyndham Visa Card Services, P.O. Bxo 13337, Philadelphia, PA 19101-3337 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 02 2020 05:11:17 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 14387590 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 02 2020 05:20:00 | Ally, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14398028 | | Email/Text: ally@ebn.phinsolutions.com | Dec 02 2020 05:20:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14387592 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 05:20:00 | Boscov's, c/o Comenity State Bank, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 14387596 | + | Email/Text: bankruptcynotice@fcbanking.com | Dec 02 2020 05:20:00 | First Commonwealth Bank, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 14387593 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 02 2020 05:12:22 | Chase Credit Card, P.O. Box 15123, Wilmington, DE 19850 |
| 14405066 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 02 2020 05:13:23 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14657048 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2020 05:13:28 | LVNV Funding, LLC its successors and assigns as, assignee of Marlette Funding Grantor, Trust 2017-1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14680709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2020 05:11:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| | | | | |
|---|---|---|---|---|
| 14388316 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Dec 02 2020 05:13:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14664863 | Email/Text: bnc-quantum@quantum3group.com | | Dec 02 2020 05:21:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2020                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| David J. Novak | on behalf of Attorney 1st Summit Bank davidnov162@hotmail.com rfn@jjbodies.com |
| Forrest B. Fordham, III | on behalf of Joint Debtor Rebecca L. Hobor FFordhamlaw@msn.com fordham-law@hotmail.com |
| Forrest B. Fordham, III | on behalf of Plaintiff Rebecca L. Hobor FFordhamlaw@msn.com fordham-law@hotmail.com |
| Forrest B. Fordham, III | on behalf of Plaintiff John W. Hobor FFordhamlaw@msn.com fordham-law@hotmail.com |
| Forrest B. Fordham, III | on behalf of Debtor John W. Hobor FFordhamlaw@msn.com fordham-law@hotmail.com |
| Kevin Scott Frankel | on behalf of Creditor JPMorgan Chase Bank National Association pabk@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9