**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

Modified

**DEFAULT O/E JAD**

IN RE:
JOHN W. HOBOR
REBECCA L. HOBOR
 Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Repondents.

Case No.:17-70237 JAD

Chapter 13

Document No.: 55

FILED
1/14/21 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this __14th__ day of __January__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

   (7) The Debtor(s) SHALL FILE his/her Financial Management Course Certificate And Certificate Of Discharge Eligibility by __2/4/2021__ or sanctions may be imposed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70237-JAD |
| John W. Hobor | Chapter 13 |
| Rebecca L. Hobor | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 1 of 3 |
| Date Rcvd: Jan 14, 2021 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John W. Hobor, Rebecca L. Hobor, 499 Linkville Road, Johnstown, PA 15906-3920 |
| aty | + | 1st Summit Bank, 125 Donald Lane, PO Box 5480, Johnstown, PA 15904-5480 |
| 14387589 | ++ | 1ST SUMMIT BANK, PO BOX 5480, JOHNSTOWN PA 15904-5480 address filed with court:, 1ST Summit Bank, 125 Donald Lane, Johnstown, PA 15904 |
| 14387591 | + | Best Egg, Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666-4546 |
| 14387594 | + | Department of the Treasury, Bureau of the Fiscal Service, P.O. Box 830794, Birmingham, AL 35283-0794 |
| 14387595 | + | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14387597 | + | First National Bank of PA, 532-534 Main Street, Johnstown, PA 15901-2093 |
| 14387598 | | JP Morgan Chase, P.O. Box 7399, Columbus, OH 43218 |
| 14387599 | + | Merho Federal Credit Union, 15 Irene Street, Johnstown, PA 15905-4124 |
| 14966670 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14392329 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14387600 | + | U.S. Small Business Administration, 411 Seventh Avenue, Suite 1450, Pittsburgh, PA 15219-1905 |
| 14387601 | + | Wyndham Visa Card Services, P.O. Bxo 13337, Philadelphia, PA 19101-3337 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 15 2021 02:21:32 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 14387590 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 15 2021 01:59:00 | Ally, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14398028 | | Email/Text: ally@ebn.phinsolutions.com | Jan 15 2021 01:59:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14387592 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 15 2021 02:00:00 | Boscov's, c/o Comenity State Bank, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 14387596 | + | Email/Text: bankruptcynotice@fcbanking.com | Jan 15 2021 02:00:00 | First Commonwealth Bank, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 14387593 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 15 2021 02:22:41 | Chase Credit Card, P.O. Box 15123, Wilmington, DE 19850 |
| 14405066 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 15 2021 02:21:32 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14657048 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2021 02:22:45 | LVNV Funding, LLC its successors and assigns as, assignee of Marlette Funding Grantor, Trust 2017-1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14680709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 15 2021 02:22:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| Recip ID | | | | |
|---|---|---|---|---|
| 14388316 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Jan 15 2021 02:23:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14664863 | Email/Text: bnc-quantum@quantum3group.com | | Jan 15 2021 02:00:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| David J. Novak | on behalf of Attorney 1st Summit Bank davidnov162@hotmail.com  rfn@jjbodies.com |
| Forrest B. Fordham, III | on behalf of Joint Debtor Rebecca L. Hobor FFordhamlaw@msn.com  fordham-law@hotmail.com |
| Forrest B. Fordham, III | on behalf of Plaintiff Rebecca L. Hobor FFordhamlaw@msn.com  fordham-law@hotmail.com |
| Forrest B. Fordham, III | on behalf of Plaintiff John W. Hobor FFordhamlaw@msn.com  fordham-law@hotmail.com |
| Forrest B. Fordham, III | on behalf of Debtor John W. Hobor FFordhamlaw@msn.com  fordham-law@hotmail.com |
| Jill Locnikar | on behalf of Defendant Small Business Administration c/o U.S. Department of the Treasury-FS jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Kevin Scott Frankel | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7                                     User: mgut                                          Page 3 of 3
Date Rcvd: Jan 14, 2021                              Form ID: pdf900                                    Total Noticed: 24
TOTAL: 10