**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **JOHN W. HOBOR and REBECCA L. HOBOR,** ) | CASE NO. 17-70237-JAD |
| ) | **Chapter 13** |
| **Debtor** ) | |
| _____ ) | Docket No. |
| **JOHN W. HOBOR and REBECCA L. HOBOR,** ) | |
| **Movant,** ) | |
| vs. ) | |
| ) | |
| **No Respondent** ) | |

**CERTIFICATION OF ELIGIBILITY FOR CHAPTER 13 DISCHARGE**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any domestic support obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(2) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 10, 2020 at document numbers 50 and 51, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(C) by filing a Certification of Completion of Post-petition Instructional Course in Personal Financial Management, dated July 10, 2020.

This Certification is being signed under penalty of perjury by Forrest B. Fordham, III, Esquire, who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: February 1, 2021    /s/ JOHN W. HOBOR
JOHN W. HOBOR
Debtor

Dated: February 1, 2021    /s/ REBECCA L. HOBOR
REBECCA L. HOBOR
Debtor

Dated: February 1, 2021    /s/ Forrest B. Fordham, III
FORREST B. FORDHAM, III
Attorney for Debtors
PA ID NO 69596
351 Budfield Street, 2nd Floor
Johnstown, PA 15904
(814) 266-7425
FFordhamlaw@msn.com