| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **John W. Hobor** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5582 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Rebecca L. Hobor** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6884 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **17–70237–JAD** | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John W. Hobor                                 Rebecca L. Hobor

<u>2/1/21</u>                                          **By the court:**    <u>Jeffery A. Deller</u>
                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 17-70237-JAD  Doc 66  Filed 02/03/21  Entered 02/04/21 00:48:16  Desc Imaged
Certificate of Notice  Page 3 of 5

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John W. Hobor  
Rebecca L. Hobor  
    Debtors

Case No. 17-70237-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: mgut      Page 1 of 3  
Date Rcvd: Feb 01, 2021      Form ID: 3180W      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John W. Hobor, Rebecca L. Hobor, 499 Linkville Road, Johnstown, PA 15906-3920 |
| aty | + | 1st Summit Bank, 125 Donald Lane, PO Box 5480, Johnstown, PA 15904-5480 |
| 14387589 | ++ | 1ST SUMMIT BANK, PO BOX 5480, JOHNSTOWN PA 15904-5480 address filed with court:, 1ST Summit Bank, 125 Donald Lane, Johnstown, PA 15904 |
| 14387591 | + | Best Egg, Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666-4546 |
| 14387594 | + | Department of the Treasury, Bureau of the Fiscal Service, P.O. Box 830794, Birmingham, AL 35283-0794 |
| 14387595 | + | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14387597 | + | First National Bank of PA, 532-534 Main Street, Johnstown, PA 15901-2093 |
| 14387598 | | JP Morgan Chase, P.O. Box 7399, Columbus, OH 43218 |
| 14387599 | + | Merho Federal Credit Union, 15 Irene Street, Johnstown, PA 15905-4124 |
| 14966670 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14392329 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14387600 | ++ | U S SMALL BUSINESS ADMINISTRATION, ATTN PITTSBURGH DISTRICT OFFICE, 411 SEVENTH AVENUE, SUITE 1450, PITTSBURGH PA 15219-1905 address filed with court:, U.S. Small Business Administration, 411 Seventh Avenue, Suite 1450, Pittsburgh, PA 15219 |
| 14387601 | + | Wyndham Visa Card Services, P.O. Bxo 13337, Philadelphia, PA 19101-3337 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 02 2021 08:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2021 07:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 02 2021 08:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2021 07:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: JPMORGANCHASE | Feb 02 2021 08:13:00 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 14387590 | + | EDI: GMACFS.COM | Feb 02 2021 08:13:00 | Ally, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14398028 | | EDI: GMACFS.COM | Feb 02 2021 08:13:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14387592 | + | EDI: WFNNB.COM | | |

Case 17-70237-JAD    Doc 66    Filed 02/03/21    Entered 02/04/21 00:48:16    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: mgut | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 01, 2021 | Form ID: 3180W | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Feb 02 2021 08:13:00 | Boscov's, c/o Comenity State Bank, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 14387596 | + | Email/Text: bankruptcynotice@fcbanking.com | Feb 02 2021 07:57:00 | First Commonwealth Bank, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 14387593 | | EDI: JPMORGANCHASE | Feb 02 2021 08:13:00 | Chase Credit Card, P.O. Box 15123, Wilmington, DE 19850 |
| 14405066 | | EDI: JPMORGANCHASE | Feb 02 2021 08:13:00 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14657048 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2021 07:45:29 | LVNV Funding, LLC its successors and assigns as, assignee of Marlette Funding Grantor, Trust 2017-1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14966670 | + | EDI: AISMIDFIRST | Feb 02 2021 08:13:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14680709 | | EDI: PRA.COM | Feb 02 2021 08:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14388316 | + | EDI: PRA.COM | Feb 02 2021 08:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14664863 | | EDI: Q3G.COM | Feb 02 2021 08:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14387600 | | Email/Text: wpainfo@sba.gov | Feb 02 2021 07:57:00 | U.S. Small Business Administration, 411 Seventh Avenue, Suite 1450, Pittsburgh, PA 15219 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2021              Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:

**Name**              **Email Address**

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 3 of 3 |
| Date Rcvd: Feb 01, 2021 | Form ID: 3180W | Total Noticed: 26 |

Brian Nicholas
    on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

David J. Novak
    on behalf of Attorney 1st Summit Bank davidnov162@hotmail.com rfn@jjbodies.com

Forrest B. Fordham, III
    on behalf of Joint Debtor Rebecca L. Hobor FFordhamlaw@msn.com fordham-law@hotmail.com

Forrest B. Fordham, III
    on behalf of Plaintiff Rebecca L. Hobor FFordhamlaw@msn.com fordham-law@hotmail.com

Forrest B. Fordham, III
    on behalf of Plaintiff John W. Hobor FFordhamlaw@msn.com fordham-law@hotmail.com

Forrest B. Fordham, III
    on behalf of Debtor John W. Hobor FFordhamlaw@msn.com fordham-law@hotmail.com

Jill Locnikar
    on behalf of Defendant Small Business Administration c/o U.S. Department of the Treasury-FS jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Kevin Scott Frankel
    on behalf of Creditor JPMorgan Chase Bank National Association pabk@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10